UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NY CITIZENS AUDIT CIVIC FUND, INC. et al.,

                              *Plaintiffs*,      **NOTICE OF MOTION**

        -against-                              1:25-cv-1447

LETITIA JAMES et al.,                          (MAD/MJK)

                              *Defendants*.

---

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss; and upon all prior pleadings and proceedings had herein, Defendants Letitia James, Lindsay McKenzie, Rick Sawyer, New York State Board of Elections, Kristen Zebrowski Stavisky, Raymod J. Riley III, Brian Quail, Kathleen McGrath, Jennifer Wilson, Peter S. Kosinski, Douglas A. Kellner, Anthony J. Casale, Andrew J. Spano, and Henry T. Berger, on a date to be set by the Court upon the electronic filing of this motion, will make a motion, before the Honorable Mae A. D'Agostino, United States District Judge, at the United States District Court for the Northern District of New York, Albany, New York, pursuant to Rule 12 (b) (6) of the Federal Rules of Civil Procedure, for an order dismissing the Complaint, Dkt. No. 1, in its entirety, together with such other or further relief as may be just.

Dated:  Albany, New York
          December 23, 2025

                                            LETITIA JAMES
                                            Attorney General
                                            State of New York
                                                  *Attorney for Defendants Letitia James,*
                                                  *Lindsay McKenzie, Rick Sawyer, New York*
                                                  *State Board of Elections, Kristen Zebrowski*
                                                  *Stavisky, Raymod J. Riley III, Brian Quail,*

              *Kathleen McGrath, Jennifer Wilson, Peter S. Kosinski, Douglas A. Kellner, Anthony J. Casale, Andrew J. Spano, and Henry T. Berger*
              The Capitol
              Albany, New York

              By: *s/ Benjamin L. Loefke*
              Benjamin L. Loefke
              Assistant Attorney General, of Counsel
              Bar Roll No. 4886776
              Telephone: (518) 776-2739
              Email: Benjamin.Loefke@ag.ny.gov

TO: Counsel of record (*Via ECF*)